UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| William Kenyon, ) | C/A No.: 2:12-841-DCN-BM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Order |
| Colleton County Detention Center; Walterboro City Police; ) | |
| Tammy Campbell; The Board of Disabilities; SLP; ) | |
| Brandon Craven; Virginia Pryer; Darren Fish; Stella ) | |
| Fishbourne, ) | |
| ) | |
| Defendants. | |

This matter is before the court because of the plaintiff's failure to respond to the Court's order entered on April 25, 2012.

A review of the record indicates that the Magistrate Judge ordered the plaintiff to submit items needed to render the above-captioned case into proper form within twenty-one days, plus three days for mail time, and that if he failed to do so, his case would be dismissed *without prejudice*. The Magistrate Judge's order was sent to the Colleton County Detention Center where plaintiff was detained when he filed his pleadings. On May 7, 2012, the Magistrate Judge's order was returned to this Court. The envelope was marked "not deliverable as addressed- unable to forward return to sender." Consequently, the Clerk of Court mailed again the proper form order and the required documents to William Kenyon *aka* William Scott Kenyon [ECF No. 10] on May 7, 2012, and a new deadline was set by the Clerk of Court. The plaintiff has failed to provide the Court with the necessary documents and his time to do so has expired. Accordingly, the above-captioned case must

be dismissed *without prejudice* pursuant to FRCP 41.[1]  The Clerk of Court shall close this case.

**IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

June 20, 2012
Charleston, South Carolina

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

[1] *See* General Order, *In Re: Procedures in Civil Actions Filed by Prisoner Pro Se Litigants*, 3:07-mc-5014-JFA (D.S.C. Sept. 18, 2007)(dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g)). If the plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office.